**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GAYNELL WILKINS** ) | **CIVIL ACTION NO: 23-981-JWD-RLB** |
| ) | |
| **VERSUS** ) | **JUDGE JOHN W. deGRAVELLES** |
| ) | |
| **ALLSTATE VEHICLE AND** ) | |
| **PROPERTY INS. CO.** ) | **MAGISTRATE JUDGE BOURGEOIS** |

**ORDER**

THE FOREGOING PREMISE CONSIDERED:

**IT IS HEREBY ORDERED** that the demands and claims existing between and amongst Plaintiff, GAYNELL WILKINS, and Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, be dismissed, with prejudice.

THUS DONE AND SIGNED on this 13th day of December, 2024.

_____
JUDGE